IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-00063-01-CR-W-BP |
| ) | |
| MARCUS MYER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On June 18, 2020, Defendant was ordered to undergo a competency evaluation. (Doc. 21.) Defendant was examined by Samuel Browning, PH.D., Licensed Psychoogist Evaluator. It is the opinion of Dr. Browning that Defendant is competent to proceed. (Doc. 28.) During a hearing held before United States Magistrate Judge Lajuana M. Counts on January 21, 2021, Defendant and the Government stipulated to Dr. Browning's report and no other evidence was offered. (*See* Doc. 36.) Thereafter, Judge Counts issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 35.) No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including Dr. Browning's report), it is

ORDERED that the Report and Recommendation of Judge Counts is adopted in its entirety, and this Court finds that Defendant is competent.

**IT IS SO ORDERED.**

DATE: February _5_, 2021

_/s/Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT